**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
DONACIANO GALINDO TAPIA,
*individually and on behalf of others similarly situated,*

                *Plaintiff*,

    -against-                        **Case No.: 1:20-cv-07396-KPF**

CAZZOLINA RESTAURANT CORP.
(D/B/A LITTLE ITALY PIZZA), LORENZO
CARUSONE , VINCENZO DOE , and
MOHAMMED DOE ,

                *Defendants.*
-------------------------------------------------------X

## PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

TO:    Michael J. Romano, Esq
           ROMANO & ASSOCIATES, ATTORNEYS AT LAW.
           *Attorneys for Defendant*
           350 Old Country Road, Suite 205
           Garden City, NY 11530
           Tel (516) 248 – 8880
           Fax (516) 706 – 6684
           mjr@romanofirm.com

       PLEASE TAKE NOTICE, that Plaintiff, DONACIANO GALINDO TAPIA, hereby accepts the offer of Judgement for $50,000.00, made by Defendants, CAZZOLINA RESTAURANT CORP. (d/b/a LITTLE ITALY PIZZA), LORENZO CARUSONE, VINCENZO DOE, and MOHAMMED DOE, on February 5, 2021, pursuant to Rule 68 of the Federal Rules of Civil Procedure. A true copy of the offer of Judgement is annexed hereto as Exhibit A.

Dated: New York, New York
       February 5, 2021

                                    Respectfully submitted,

                                    MICHAEL FAILLACE & ASSOCIATES, P.C.

                                    *a/s Kevin S. Johnson*

                                    Kevin S. Johnson, Esq.
                                    *Attorneys for Plaintiff*
                                    60 East 42nd Street
                                    Suite 4510
                                    New York, New York 10165
                                    kjohnson@faillacelaw.com