**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

DONACIANO GALINDO TAPIA, *individually and on behalf of others similarly situated,*

          *Plaintiff*,

    -against-

CAZZOLINA RESTAURANT CORP. (D/B/A LITTLE ITALY PIZZA), LORENZO CARUSONE, VINCENZO DOE , and MOHAMMED DOE,

          *Defendants.*
-----------------------------------------------------------------X

Civil Action No. **1:20-cv-07396-KPF**

**[Proposed Form Of]**
**JUDGMENT**

## JUDGMENT

On February 5, 2021 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff Donaciano Galindo Tapia, has a judgment against Cazzolina Restaurant Corp. (d/b/a Little Italy Pizza), Lorenzo Carusone, Vicenzo Doe, and Mohammed Doe (collectively "Defendants"), jointly and severally, in the amount of $50,000, (Fifty Thousand Dollars) which is inclusive of attorneys' fees and costs.

Dated: _____, 2021

                                                                              _____