UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DONACIANO GALINDO TAPIA, *individually and on behalf of others similarly situated*,

                *Plaintiff*,

      -against-

CAZZOLINA RESTAURANT CORP. (D/B/A LITTLE ITALY PIZZA), LORENZO CARUSONE, VINCENZO DOE, and MOHAMMED DOE,

                *Defendants.*
-----------------------------------------------------------------X

Civil Action No. **1:20-cv-07396-KPF**

**JUDGMENT**

## **JUDGMENT**

    On February 5, 2021 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

    NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

    That the Plaintiff Donaciano Galindo Tapia, has a judgment against Cazzolina Restaurant Corp. (d/b/a Little Italy Pizza), Lorenzo Carusone, Vicenzo Doe, and Mohammed Doe (collectively "Defendants"), jointly and severally, in the amount of $50,000, (Fifty Thousand Dollars) which is inclusive of attorneys' fees and costs.

```
The Clerk of Court is directed to terminate all pending motions,
adjourn all remaining dates, and close this case.


Dated:    February 8, 2021              SO ORDERED.
          New York, New York
```

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE